UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMELIA HERRERA,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:17-cv-02528-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

  Based upon the parties' Stipulation (Dkt. 27), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $3,100.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 14, 2019

                  /s/ John D. Early
                  JOHN D. EARLY
                  United States Magistrate Judge